UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS, | Case No. 09-cv-1833-JLR-JPD |
| Plaintiff, | REPORT AND RECOMMENDATION |
| v. | |
| JAMES BIBLE, | |
| Defendant. | |

Plaintiff is proceeding pro se and in forma pauperis in this 42 U.S.C. § 1983 civil rights action. By order dated February 12, 2010, the Court directed Plaintiff to show cause why his complaint should not be dismissed for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). Dkt. No. 7. The Court's show cause order was sent to both Plaintiff's prior and updated addresses, even though Plaintiff did not file anything in this action indicating that his address had changed. *See* Clerk's Dkt. Entry on March 23, 2010. Plaintiff's response to the show cause order was due March 16, 2010. Dkt. No. 7. However, over six weeks after that due date, and over five weeks after the Clerk sent the show cause order to Plaintiff's updated address, Plaintiff still has not filed a response to the Court's show cause order.

REPORT AND RECOMMENDATION
PAGE - 1

1 Therefore, the Court recommends that this § 1983 action be DISMISSED without prejudice for
2 failure to prosecute.  A proposed order accompanies this Report and Recommendation.
3     DATED this 28th day of April, 2010.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE - 2