UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEROY WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JAMES BIBLE,<br><br>　　　　　Defendant. | CASE NO. C09-1833JLR<br><br>ORDER OF DISMISSAL |

 This matter comes before the court on the Report and Recommendation (Dkt. # 8) of the Honorable James P. Donohue, United States Magistrate Judge, and Plaintiff Leroy Williams's motion for voluntary dismissal (Dkt. # 9). Judge Donohue recommends that the court dismiss this action without prejudice for failure to prosecute. Similarly, Mr. Williams requests that the court dismiss this action without prejudice.

 The court, having reviewed Mr. Williams's 42 U.S.C. § 1983 civil rights complaint, the Report and Recommendation, Mr. Williams's motion to dismiss, and the balance of the record, does hereby find and ORDER:

ORDER- 1

1  (1) The court declines to adopt the Report and Recommendation.

2  (2) The court GRANTS Mr. Williams's motion dismiss and DISMISSES this

3     action without prejudice.[1]

4  (3) The clerk is directed to send copies of this order to Mr. Williams and to the

5     Honorable James P. Donohue.

6  Dated this 24th day of May, 2010.

                                    JAMES L. ROBART
                                    United States District Judge

---

[1] The court grants Mr. Williams's motion to dismiss only as to this action, not as to the other cause numbers listed on his motion.

ORDER- 2